UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NATÉ WALKER (#433462)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 13-247-JJB-SCR

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 10, 2014 (doc. no. 10). The plaintiff filed an objection which asserts the same arguments.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Naté Walker is DENIED. Further, a certificate of appealability is DENIED for the reasons set forth in the report.

Baton Rouge, Louisiana, this 2nd day of December, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA